IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:23-cv-01216-O |
| CUETO CONSULTING & CONSTRUCTION, LLC, *et al.*, | | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion for Default Judgment (ECF No. 15) is **GRANTED**. Accordingly, **DEFAULT JUDGMENT** is hereby **ENTERRED** as set forth in the accompanying Final Judgment.

**SO ORDERED** on this **12th** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE