## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **THE CINCINNATI INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:23-cv-01216-O** |
| **CUETO CONSULTING & CONSTRUCTION, LLC, *et al.*,** | § § § | |
| **Defendants.** | § § § | |

## **FINAL JUDGMENT**

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      **DEFAULT JUDGMENT** is hereby entered pursuant to Federal Rule of Civil Procedure 55 in favor of **Plaintiff The Cincinnati Insurance Company** against Defendants C3-SMR, A Joint Venture, LLC; Andrew J. Cueto; and Alisa A. Ary-Cueto, jointly and severally, in the amount of **$244,143.00**, plus an additional **$35.65 per day** from December 6, 2023 to the date of this Final Judgment, **for a total of $251,950.69**.[1]

2.      Post-judgment interest shall accrue on the amount of **$251,950.69** at the applicable federal rate of **5.05%**[2] compounded annually.

3.      All costs of collection shall be borne by Defendants.

---

[1]     Selected Interest Rates (Daily) – H.15, FEDERAL RESERVE SYSTEM, https://www.federalreserve.gov/releases/H15/ (accessed on July 12, 2024).

[2]     Post Judgment Interest Rates, N.D. OF TEX., https://www.txnd.uscourts.gov/post-judgment-rates?Year%5Bvalue%5D%5Byear%5D=2024 (accessed on July 12, 2024).

4.      The taxable costs of court, as calculated by the clerk of court, shall be borne by Defendants.

5.      The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **12th** day of **July, 2024**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**